# Exhibit B

# Google Groups

## Nucore Alternative Announced

**sup...@playpinbox.com** ✶                                              Aug 1, 2013 12:28 PM
Posted in group: **rec.games.pinball**

We are pleased to announce a Nucore alternative - for free nonetheless. Pinbox builds off of emulation technology to provide an easy replacement option for Pinball 2000 hardware. The system works by simply replacing the Pinball 2000 computer entirely with a computer running our operating system. The OS is open source and based on Linux with a broad compatibility spectrum for most hardware setups.

Features include: streamlined easy installation, working tournament server, web-based graphical configuration of the system, jukebox with network sharing options to scan your network shares for music to play, enhanced graphics rendering pipeline, support for both ArcadeVGA and LCD monitor setups and MORE.

Feel free to head over and ✶ check out our website and download and try the software for yourself!

http://playpinbox.com/

- MG 

2   3                                                                                           Next »

**MasterGeek**  | 3 MONTHS AGO | # !! |                                              0    10    22   12
Pinhead
161,500  0
Montreal, QC

We are pleased to announce a Nucore alternative - for free nonetheless. Pinbox builds off of emulation technology to provide an easy replacement option for Pinball 2000 hardware. The system works by simply replacing the Pinball 2000 computer entirely with a computer running our operating system. The OS is open source and based on Linux with a broad compatibility spectrum for most hardware setups.

Features include: streamlined easy installation, working tournament server, web-based graphical configuration of the system, jukebox with network sharing options to scan your network shares for music to play, enhanced graphics rendering pipeline, support for both ArcadeVGA and LCD monitor setups and MORE.

Feel free to head over and check out our website and download and try the software for yourself!

-link removed-

- MG

*Post edited by robin : Link removed, please don't link to copyright infringing items on the Pinside. Thanks.*

**Mato**  | 3 MONTHS AGO | # !! |                                                    0    0    0    0
Pinball master
3,263,750  0
Perth

cheers, will have a look

**mummite**  | 3 MONTHS AGO | # !! |                                                0    0    0    0
Pinball addict
1,588,400  1
Belmont, CA

Very cool!

**PanzerFreak**  | 3 MONTHS AGO | # !! |                                             0    0    0    0
Pinball addict
1,499,950  4
Macomb, MI

This is awesome. Its things like this that really show just how great and supportive the pinball community is.