# Exhibit H



Notes

Trip to:
# Winder, GA
4.47 miles / 7 minutes

### 🅐 Bethlehem, GA

Download Free App

1. Start out going **north** on **Christmas Ave / GA-11** toward **Angel St**. Continue to follow **GA-11**. Map — **3.6 Mi** — *3.6 Mi Total*

2. Turn **slight left** onto **Atlanta Hwy SE / US-29 Bus S / GA-11 / GA-8 / GA-53 / GA-324**. Continue to follow **US-29 Bus S / GA-11 / GA-8 / GA-53 / GA-324**. Map — **0.9 Mi** — *4.5 Mi Total*

3. Welcome to **WINDER, GA**. Map

### 🅑 Winder, GA

Driving Directions from Bethlehem, Georgia to Winder, Georgia | MapQuest        Page 2 of 2

Total Travel Estimate: **4.47 miles - about 7 minutes**



©2014 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability.