# Exhibit N



Writer's Direct Line
480.624.2506
Compliance@domainsbyproxy.com

December 23, 2013

Robert A. Farr, Jr.
Robert A. Farr, PLLC
28175 Haggerty Rd., Suite 138
Novi, MI 48377

Re: *playpinbox.com*
GDG Ref No. 13-13369

Dear Mr. Farr:

Please consider this Domains by Proxy's official response to the Subpoena issued by the United States District Court for the Eastern District of Michigan. In response to that Subpoena, we are herewith producing approximately five (5) pages of documents which have been Bates labeled as DBP 000001 through DBP 000005. Certain documents herein contain information that is protected by our privacy policy and therefore, Domains by Proxy requests confidential treatment of those pages that have been designated as "Confidential." You should assume that if categories of documents called for in the subpoena are not included in the produced documents, Domains by Proxy has no responsive documents for such categories.

We have also enclosed an executed Certificate of Authenticity.

Please remit your check in the amount of $6.18 to cover the cost of production.

Copying, printing and reproduction
    5 Pages x $.25 per Page                        $1.25
FedEx                                                          $4.93
TOTAL                                                  $6.18

December 23, 2013
Page 2 of 2

If we can assist further, please give me a call.

                Very truly yours,

                DOMAINS BY PROXY, LLC

                Keena R. Willis
                Sr. Paralegal/Compliance Manager

Enclosure
KRW/anm

14747 N. Northsight Blvd., Suite 111 / PMB 309 Scottsdale, AZ 85260    480-624-2588

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Keena R. Willis, declare that I am employed by Domains by Proxy, LLC, and that my office title or position is Sr. Paralegal/Compliance Manager. I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Domains by Proxy, LLC.

I further state that:

1. Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2. such records are kept in the course of a regularly conducted business activity;

3. the business activity made such records as a regular practice; and

4. if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 23rd day of December 2013.

Keena R. Willis,
Sr. Paralegal/Compliance Manager
Domains by Proxy, LLC
14747 N. Northsight Blvd., Suite 111
PMB 353
Scottsdale, Arizona 85260

## Contact Info for Shopper ID 66772728

| | |
|---|---|
| Shopper ID: | 66772728 |
| Private Label ID | 1695 |
| Login Name: | 66772728 |
| First Name: | Jimmy |
| Middle Name: | |
| Last Name: | Lipham |
| Company: | |
| Address1: | 396 Harvey Lokey Rd |
| Address2: | |
| City: | Bethlehem |
| State/Prov: | GA |
| Postal Code: | 30620 |
| Country: | us |
| Phone1: | 8187462698 |
| Phone1 Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | clutteredmess6@gmail.com |
| BirthDate: | |
| Gender: | |
| Date Created: | 6/17/2013 9:51:27 AM |
| Last Changed By | 306 |
| Last Changed By Date | 12/5/2013 2:01:57 PM |
| Status: | |
| Fraud: | Not Checked / Unknown |
| Shopper Pin | |
| Password Reminder | The same crap you always use |
| Twitter Handle | |

**Domain List for Shopper ID 66772728**

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| PLAYPINBOX.COM | Canceled | 6/17/2013 | 12/10/2013 | |

# Domain Information for Shopper ID 66772728

| | |
|---|---|
| Shopper ID: | 66772728 |
| Domain Name: | PLAYPINBOX.COM |
| Registrar: | Wild West Domains, LLC |
| Status: | Canceled |

## Registrant Contact

| | |
|---|---|
| Name: | Jim Lisenby |
| Company: | |
| Email: | clutteredmess6@gmail.com |
| Address 1: | 903 Wild Oaks Ln |
| Address 2: | |
| City: | Lakeland |
| State/Province: | Florida |
| Postal Code: | 33809 |
| Country: | United States |
| Phone: | 818-746-2698 |
| Fax: | |
| Modify Time: | 12/4/2013 5:32:00 PM |

## Technical Contact

| | |
|---|---|
| Name: | Jim Lisenby |
| Company: | |
| Email: | clutteredmess6@gmail.com |
| Address 1: | 903 Wild Oaks Ln |
| Address 2: | |
| City: | Lakeland |
| State/Province: | Florida |
| Postal Code: | 33809 |
| Country: | United States |
| Phone: | 818-746-2698 |
| Fax: | |
| Modify Time: | 12/4/2013 5:32:00 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Jim Lisenby |
| Company: | |
| Email: | clutteredmess6@gmail.com |
| Address 1: | 903 Wild Oaks Ln |
| Address 2: | |
| City: | Lakeland |
| State/Province: | Florida |
| Postal Code: | 33809 |
| Country: | United States |
| Phone: | 818-746-2698 |
| Fax: | |
| Modify Time: | 12/4/2013 5:32:00 PM |

## Billing Contact

| | |
|---|---|
| Name: | Jim Lisenby |
| Company: | |
| Email: | clutteredmess6@gmail.com |
| Address 1: | 903 Wild Oaks Ln |
| Address 2: | |
| City: | Lakeland |
| State/Province: | Florida |
| Postal Code: | 33809 |
| Country: | United States |
| Phone: | 818-746-2698 |
| Fax: | |
| Modify Time: | 12/4/2013 5:32:00 PM |

## Shopper Contact Audit History for Shopper ID 66772728

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 12/5/2013 2:01:57 PM | 306 | 216.69.149.128 | city | Lakeland | Bethlehem |
| 12/5/2013 2:01:57 PM | 306 | 216.69.149.128 | first_name | J | Jimmy |
| 12/5/2013 2:01:57 PM | 306 | 216.69.149.128 | last_name | Lisenby | Lipham |
| 12/5/2013 2:01:57 PM | 306 | 216.69.149.128 | state | FL | GA |
| 12/5/2013 2:01:57 PM | 306 | 216.69.149.128 | street1 | 118 Padgett Pl S | 396 Harvey Lokey Rd |
| 12/5/2013 2:01:57 PM | 306 | 216.69.149.128 | zip | 33809 | 30620 |
| 12/2/2013 5:38:02 PM | 306 | 216.69.149.110 | city | Dacula | Lakeland |
| 12/2/2013 5:38:02 PM | 306 | 216.69.149.110 | last_name | Lipham | Lisenby |
| 12/2/2013 5:38:02 PM | 306 | 216.69.149.110 | state | GA | FL |
| 12/2/2013 5:38:02 PM | 306 | 216.69.149.110 | street1 | 624 Bartow Dr | 118 Padgett Pl S |
| 12/2/2013 5:38:02 PM | 306 | 216.69.149.110 | zip | 30019 | 33809 |
| 12/2/2013 11:38:49 AM | 306 | 216.69.149.108 | email | jimmy@catster.net | clutteredmess6@gmail.com |
| 12/2/2013 11:38:49 AM | 306 | 216.69.149.108 | first_name | Jimmy | J |
| 11/28/2013 5:57:11 PM | 306 | 216.69.149.110 | city | Bethlehem | Dacula |
| 11/28/2013 5:57:11 PM | 306 | 216.69.149.110 | phone1 | 6787131813 | 8187462698 |
| 11/28/2013 5:57:11 PM | 306 | 216.69.149.110 | street1 | 396 Harvey Lokey Rd | 624 Bartow Dr |
| 11/28/2013 5:57:11 PM | 306 | 216.69.149.110 | zip | 30620 | 30019 |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | city | | Bethlehem |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | country | | us |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | email | 66772728 | jimmy@catster.net |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | first_name | | Jimmy |

## Shopper Contact Audit History for Shopper ID 66772728

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | last_name | | Lipham |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | phone1 | | 6787131813 |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | state | | GA |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | street1 | | 396 Harvey Lokey Rd |
| 6/17/2013 9:51:27 AM | Fort Knox Shopper Attribute Copy | M1PWGDCOM M002 | zip | | 30620 |