IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC,

        Plaintiff,                       Civil Action No. 2:14-cv-14185-VAR-RSW

        v.                           Hon. Victoria A. Roberts
                                   United States District Judge

JIMMY LIPHAM,

        Defendant.

_____/

**ORDER GRANTING**
**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Before the Court is an Unopposed Motion for an Extension of Time, filed by the Defendant.  Defendant requests an extension of time through and including December 10, 2014, to answer or otherwise move, as permitted by Rule 12.

After reviewing the motion, the Plaintiff's submissions, and the applicable law, the motion is GRANTED.

Defendant shall have an extension through and including December 10, 2014, to answer or otherwise move.

It is so ORDERED.

                                           S/Victoria A. Roberts

                                          United States District Judge

SIGNED this   3RD   day of December, 2014.