**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Big Guy's Pinball, LLC

    Plaintiff(s),

vs                                                                   Case No: 14-14185
                                                                     Honorable Victoria A. Roberts

Jimmy Lipham

    Defendant(s),

_____/

**NOTICE OF TELEPHONE CONFERENCE ON PENDING MOTION**

RE: Motion for Extension of Time and Preliminary Motion to Dismiss, for Improper Venue, and For Failure to State A Claim Upon Which Relief Can Be Grants and Motion to Transfer Venue

      The Court received the above motion. The moving party of the motion must immediately contact other counsel of record to find a convenient time within the next three (3) days to hold a telephone conference with the Court. After checking schedules, the moving party must contact my secretary, Linda Vertriest, to arrange a conference. After this telephone conference, the Court will determine the necessity for more formal consideration of the motion.

      Do not file a response to this motion before the telephone conference and no party can file additional motions at this time. If time permits, the Court will discuss other issues during the telephone conference.

      The Court will consider the assessment of reasonable expenses incurred in making the motion, including attorney fees, if this motion is not resolved before the telephone conference. Such assessment will be made if concurrence was sought before the motion was filed and continues to be unreasonably withheld at the time of the telephone conference.

                                                                        /s/ Victoria A. Roberts
                                                                          Victoria A. Roberts
Dated: 12/12/14                                      United States District Court Judge