UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC,

    Plaintiff,

v.

JIMMY LIPHAM,

    Defendant.
_____/

Case No. 2:14-CV-14185-VAR-RSW

Honorable VICTORIA A. ROBERTS
U.S. District Judge, Presiding

Honorable R. STEVEN WHALEN
Exec. U.S. Magistrate Judge, Referral

## ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

The parties having so stipulated by their respective counsel, the Court hereby ORDERS that Defendant JIMMY LIPHAM shall have until and through January 9, 2015 to answer Plaintiff BGP's complaint, or to otherwise move as permitted by Fed.R.Civ.P.12 or other applicable law.  Defendant's motion (CM/ECF#15) is rendered moot by this Order.

## STIPULATION

Pursuant to E.D.Mich.L.R. 7.1(a)(1) and Fed.R.Civ.P. 6(b)(1)(A) the parties, by their respective counsel, stipulate to the content and form of this Order.

| Counsel or Plaintiff: | Counsel or Defendant: |
|---|---|
| ROBERT A. FARR, PLLC | WILLIAMS HUGHES, PLLC |
| By:  s/  Robert Farr * | By:  s/  Eric C. Grimm |
| Robert A. Farr (P61597) | Eric C. Grimm (P58990) |
| December 16, 2014 | December 16, 2014 |

* By Eric C. Grim (P58990) with Mr. Farr's permission for the purpose of electronically submitting this Stipulation and proposed Order to the Court via the CM/ECF system.