UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC,

                            Case No. 2:14-CV-14185-VAR-RSW

        Plaintiff,

v.                          Honorable VICTORIA A. ROBERTS
                            U.S. District Judge, Presiding

JIMMY LIPHAM,

                            Honorable R. STEVEN WHALEN

        Defendant.           Exec. U.S. Magistrate Judge, Referral

_____/

## ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

The parties having so stipulated by their respective counsel, the Court hereby ORDERS that Defendant JIMMY LIPHAM shall have until and through January 9, 2015 to answer Plaintiff BGP's complaint, or to otherwise move as permitted by Fed.R.Civ.P.12 or other applicable law.  Defendant's motion (CM/ECF#15) is rendered moot by this Order.

                                    S/Victoria A. Roberts
                                    Honorable VICTORIA A. ROBERTS
Date: <u>December 23, 2014</u>      U.S. District Judge, Presiding

## STIPULATION

Pursuant to E.D.Mich.L.R. 7.1(a)(1) and Fed.R.Civ.P. 6(b)(1)(A) the parties, by their respective counsel, stipulate to the content and form of this Order.

Counsel or Plaintiff:                   Counsel or Defendant:

ROBERT A. FARR, PLLC            WILLIAMS HUGHES, PLLC

By:  s/ Robert Farr               By:  s/ Eric C. Grimm*
Robert A. Farr (P61597)            Eric C. Grimm (P58990)
December 22, 2014                December 22, 2014

* By Robert Farr (P61597) with Mr. Grimm's permission for the purpose of electronically submitting this Stipulation and proposed Order to the Court via the CM/ECF system.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC,

        Case No. 2:14-CV-14185-VAR-RSW

      Plaintiff,

v.                    Honorable VICTORIA A. ROBERTS
                         U.S. District Judge, Presiding

JIMMY LIPHAM,

                         Honorable R. STEVEN WHALEN
      Defendant.           Exec. U.S. Magistrate Judge, Referral

                                             /

## CERTIFICATE OF SERVICE

The undersigned certifies that the attached Order Extending Time to Respond to the Complaint and this Certificate of Service were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2014.

                       s/  Carol Pinegar
                       Case Manager
                       December 22, 2014