**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
| --- | --- |
| 1 | Index of Exhibits |
| 2 (A) | Exhibit A – Screenshot of grep for "QEMU" within QEMU. |
| 3 (B) | Exhibit B – Screenshot of grep for "QEMU" within Nucore. |