```
root@fsfbox:~# md5sum Nucore211release.tar.gz
a704f20bfb8de15cbc57b521bf69a077  Nucore211release.tar.gz
root@fsfbox:~# tar -zxpvf Nucore211release.tar.gz
servers.txt
pb2k.cfg
nucore
root@fsfbox:~# strings nucore | grep QEMU
QEMU
B+QEMU,
QEMU %s monitor - type 'help' for more information
QEMU
QEMU VVFAT
!(__extension__ (__builtin_constant_p (4) && ((__builtin_constant_p (s->directory.pointer) && strlen (s->directory.pointer) < ((size_t) (4))) || (__builtin_constant_p ("QEMU") && strlen ("QEMU") < ((size_t) (4)))) ? __extension__ ({ size_t __s1_len, __s2_len; (__builtin_constant_p (s->directory.pointer) && __builtin_constant_p ("QEMU") && (__s1_len = strlen (s->directory.pointer), __s2_len = strlen ("QEMU"), (!((size_t)(const void *)((s->directory.pointer) + 1) - (size_t)(const void *)(s->directory.pointer) == 1) || __s1_len >= 4) && (!((size_t)(const void *)(("QEMU") + 1) - (size_t)(const void *)("QEMU") == 1) || __s2_len >= 4)) ? __builtin_strcmp (s->directory.pointer, "QEMU") : (__builtin_constant_p (s->directory.pointer) && ((size_t)(const void *)((s->directory.pointer) + 1) - (size_t)(const void *)(s->directory.pointer) == 1) && (__s1_len = strlen (s->directory.pointer), __s1_len < 4) ? (__builtin_constant_p ("QEMU") && ((size_t)(const void *)(("QEMU") + 1) - (size_t)(const void *)("QEMU") == 1) ? __builtin_strcmp (s->directory.pointer, "QEMU") : (__extension__ ({ __const unsigned char *__s2 = (__const unsigned char *) (__const char *) ("QEMU"); register int __result = (((__const unsigned char *) (__const char *) (s->directory.pointer))[0] - __s2[0]); if (__s1_len > 0 && __result == 0) { __result = (((__const unsigned char *) (__const char *) (s->directory.pointer))[1] - __s2[1]); if (__s1_len > 1 && __result == 0) { __result = (((__const unsigned char *) (__const char *) (s->directory.pointer))[2] - __s2[2]); if (__s1_len > 2 && __result == 0) __result = (((__const unsigned char *) (__const char *) (s->directory.pointer))[3] - __s2[3]); } } __result; }))) : (__builtin_constant_p ("QEMU") && ((size_t)(const void *)(("QEMU") + 1) - (size_t)(const void *)("QEMU") == 1) && (__s2_len = strlen ("QEMU"), __s2_len < 4) ? (__builtin_constant_p (s->directory.pointer) && ((size_t)(const void *)((s->directory.pointer) + 1) - (size_t)(const void *)(s->directory.pointer) == 1) ? __builtin_strcmp (s->directory.pointer, "QEMU") : (__extension__ ({ __const unsigned char *__s1 = (__const unsigned char *) (__const char *) (s->directory.pointer); register int __result = __s1[0] - ((__const unsigned char *) (__const char *) ("QEMU"))[0]; if (__s2_len > 0 && __result == 0) { __result = (__s1[1] - ((__const unsigned char *) (__const char *) ("QEMU"))[1]); if (__s2_len > 1 && __result == 0) { __result = (__s1[2] - ((__const unsigned char *) (__const char *) ("QEMU"))[2]); if (__s2_len > 2 && __result == 0) __result = (__s1[3] - ((__const unsigned char *) (__const char *) ("QEMU"))[3]); } } __result; }))) : __builtin_strcmp (s->directory.pointer, "QEMU")))); }) : strncmp (s->directory.pointer, "QEMU", 4)))
QEMU 0.8.1
QEMU USB Hub
QEMU USB Tablet
QEMU USB Mouse
QEMU HARDDISK
QEMU CD-ROM
QEMU_
QEMU_AUDIO_DRV
  export QEMU_AUDIO_DRV=wav
  export QEMU_WAV_PATH=$HOME/tune.wav
QEMUCPU
Error %d while initializing QEMU acceleration layer - disabling it for now
Could not open '%s' - QEMU acceleration layer not activated
QEMU Virtual CPU version 0.8.1
root@fsfbox:~#
```

Exhibit B