# United States District Court
# Eastern District of Michigan

## Notice of E-mail Delivery Failure Directed to
**Eric C. Grimm**

On  January 30, 2015 , an electronic "**Delivery Failure Report**" was received by the court after an entry was made on the court record in case number:  2:14-cv-14185-VAR-RSW .

An e-mail delivery failure will occur when the attorney does not keep his/her e-filing account properly updated with a valid e-mail address.

Failure to provide the court with a correct e-mail address is a violation of the **Electronic Filing Policies and Procedures R3 (c).*** If a filing user has an obsolete e-mail address associated with his/her profile, the filing user must update the information immediately. The filing user should also review his/her active cases using a PACER account for all missed filings. This notice will be entered on the court record under the provisions of LR 11.1. **Sanctions may be imposed if additional violations occur after this date.****

An e-mail delivery failure can also occur when the intended NEF recipient experiences some kind of temporary technical disruption.  Upon notification, the filing user should make every effort to correct the disruption as soon as possible.  The filing user should also monitor his/her active cases using a PACER account until the technical disruption has been resolved.

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date, by electronic and/or ordinary mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/ S Schoenherr
Deputy Clerk

Dated: February 10, 2015

* **Rule 3 Eligibility, Registration, Passwords states, in part:**
(c) Each filing user is responsible for maintaining valid contact information in his or her ECF Registration account profile. When a user's contact information changes, the user must promptly update his or her ECF Registration account profile. If the filing user has a pending case before the Court, the user must also promptly notify all parties in all cases. Electronic service upon an obsolete e-mail address will constitute valid service if the user has not updated the account profile with the new e-mail address.

** **LR 11.1 Sanctions for Non-Compliance with Local Rules**
If, after notice and a reasonable opportunity to respond, the Court determines that a provision of these Local Rules has been knowingly violated, the Court may impose an appropriate sanction upon the attorneys, law firms, or parties that have violated the Local Rule or are responsible for the violation. The procedures for imposing sanctions and the nature of sanctions shall be as set out in Fed. R. Civ. P.  11(c). For purposes of this rule, references in Fed. R. Civ. P. 11(c) to violations of "subdivision (b)" are deemed to be references to violations of the Local Rules, and Fed. R. Civ. P. 11(c)(2)(A) does not apply.

## Delivery Failure Report

| | |
|---|---|
| Your message: | Stipulation in 2:14-cv-14185-VAR-RSW Big Guy's Pinball, LLC v. Domain PLAYPINBOX.COM et al |
| was not delivered to: | ecgrimm@williamshugheslaw.com |
| because: | 5.1.0 - Unknown address error 550-'cuda_nsu 5.1.1 User unknown' (delivery attempts: 0) |

What should you do?

- You can resend the undeliverable document to the recipients listed above by choosing the Resend button or the Resend command on the Actions menu.
- Once you have resent the document you may delete this Delivery Failure Report.
- If resending the document is not successful you will receive a new failure report.
- Unless you receive other Delivery Failure Reports, the document was successfully delivered to all other recipients.

Routing path

USHUB03/H/US/USCOURTS, 06MIEMAIL01w/M/06/USCOURTS

| | |
|---|---|
| To: | do_not_reply@mied.uscourts.gov, |
| cc: | |
| Date: | 01/30/2015 09:56:18 PM |
| Subject: | Stipulation in 2:14-cv-14185-VAR-RSW Big Guy's Pinball, LLC v. Domain PLAYPINBOX.COM et al |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered by Farr, Robert on 1/30/2015 at 9:56 PM EST and filed on 1/30/2015

| | |
|---|---|
| **Case Name:** | Big Guy's Pinball, LLC v. Domain PLAYPINBOX.COM et al |
| **Case Number:** | 2:14-cv-14185-VAR-RSW |

| | |
|---|---|
| **Filer:** | Big Guy's Pinball, LLC |
| **Document Number:** | 23 |

**Docket Text:**
**STIPULATION re [22] Addendum, [21] Addendum,** *Stipulation to Extend Response Deadline*  **by All Plaintiffs (Farr, Robert)**

**2:14-cv-14185-VAR-RSW Notice has been electronically mailed to:**

Eric C. Grimm     ecgrimm@williamshugheslaw.com, khorness@williamshugheslaw.com

Robert A. Farr , Jr     rfarr@rfarrlaw.com

**2:14-cv-14185-VAR-RSW Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=1/30/2015] [FileNumber=6678165-0
] [6d96a2dc39d064f6b3c683b4bba2e9f155d417fb6975c672f65266467de7765ef5e
7ee7f0f46965279cfb972b9f492a283107b72a97b8d469c4154304eba95dc]]