UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC

Plaintiff,

v.

JIMMY LIPHAM,

Defendant.

Case No. 2:14-CV-14185-VAR-RSW

Honorable VICTORIA A. ROBERTS
U.S. District Judge, Presiding

Honorable R. STEVEN WHALEN
U.S. Magistrate Judge, Referral

_____/

**STIPULATION TO TEMPORARILY STAY PROCEEDINGS**

Counsel for the parties jointly represent to the Court (pursuant to obligations as officers of this Court and the requirements of Fed.R.Civ.P.11) and hereby certify (pursuant to 28 U.S.C. 1746, under penalty of perjury that the statements herein are truthful) that they have engaged in regular and ongoing negotiations pursuant to two previous Orders (ECF#26 and ECF#28).  Such negotiations have and continue to be productive, and counsel believe that additional time for such negotiations (temporarily in lieu of additional briefing related to Defendant's motion, ECF#21/22) will be a more productive utilization of finite legal resources.  A temporary stay will reduce the burden on this Court's similarly limited judicial resources.  At this still early point in the case and before a scheduling order has been entered, a brief stay in the manner proposed will not materially impact the rights of the parties or the progress of this matter.

By: s/ Robert Farr (P61597)
Attorney for Plaintiff
(248) 703-0662
rfarr@rfarrlaw.com
February 26, 2015

By: s/ Eric C. Grimm* (P58990)
Attorney for Defendant
(734) 717-4900
ecgrimm@umich.edu
February 26, 2015

* By Robert Farr (P61597) with Mr. Grimm's permission for the purpose of electronic filing.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC

                                                  Case No. 2:14-CV-14185-VAR-RSW

Plaintiff,

                                                  Honorable VICTORIA A. ROBERTS
v.                                                U.S. District Judge, Presiding

JIMMY LIPHAM,                        Honorable R. STEVEN WHALEN
                                                  U.S. Magistrate Judge, Referral

Defendant.

_____/

**CERTIFICATE OF SERVICE**

      Robert Farr, attorney for Plaintiff, certifies that on February 26, 2015 I filed copies of (1) the parties' Stipulation to Temporarily Stay Proceedings, and (2) this Certificate of Service with the Court Clerk via the ECF system, which will provide notice and service of such documents upon all parties by their counsel of record.

                                                  ROBERT A. FARR, PLLC

                                                  By: s/ Robert Farr        (P61597)
                                                  Attorney for Plaintiff
                                                  1050 Shiawassee Circle
                                                  Howell, Michigan 48843
                                                  rfarr@rfarrlaw.com
February 26, 2015                         (248) 703-0662