UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC

                                          Case No. 2:14-CV-14185-VAR-RSW

Plaintiff,

                                          Honorable VICTORIA A. ROBERTS
v.                                         U.S. District Judge, Presiding

JIMMY LIPHAM,                    Honorable R. STEVEN WHALEN
                                                   U.S. Magistrate Judge, Referral

Defendant.

_____/

**ORDER TEMPORARILY STAYING PROCEEDINGS**

Counsel for the parties jointly represent to the Court that they have engaged in settlement negotiations pursuant to two prior Orders (ECF#26 and ECF#28). They further stipulate that such negotiations have and are continuing to be productive, and that additional time for such negotiations (temporarily in lieu of additional briefing related to Defendant's motion, ECF#21/22) would continue to be a more productive utilization of legal and judicial resources.

The parties having so stipulated to the form and content herein, it is hereby ORDERED that further briefing with respect to Defendant's motion (ECF#21/22) is temporarily STAYED while the parties continue their settlement negotiations. This stay is effective until (a) either party notifies the Court and the other party in writing that briefing shall continue, or (b) no later than March 31, 2015. In either event Plaintiff's response to Defendant's motion (ECF#21/22) shall then be due fourteen days later, and Defendant may reply.

                                                               /s/ Victoria A. Roberts
                                                            Honorable VICTORIA A. ROBERTS
Date: 3/2/15                                       U.S. District Judge, Presiding