UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC

Plaintiff,

v.

JIMMY LIPHAM,

Defendant.

Case No. 2:14-CV-14185-VAR-RSW

Honorable VICTORIA A. ROBERTS
U.S. District Judge, Presiding

Honorable R. STEVEN WHALEN
U.S. Magistrate Judge, Referral

_____/

## NOTICE THAT BRIEFING WILL RESUME
## REGARDING DEFENDANT'S MOTION (ECF#21/22)

Plaintiff, through their counsel and pursuant to the Court's Order Temporarily Staying Proceedings (ECF#30), hereby notify the Court and Defendant that briefing with respect to Defendant's Motion (ECF#21/22) will resume. Pursuant to said order, Plaintiff's will file their response on or before April 14, 2015.

### CERTIFICATE OF SERVICE

Robert Farr, attorney for Plaintiff, certifies that on March 31, 2015 I filed (a) Plaintiff's Notice that Briefing Will Resume Regarding Defendant's Motion (ECF#21/22), and (b) this Certificate of Service via the Court's CM/ECF system, which will provide notice and service of those documents upon all parties via their counsel of record.

ROBERT A. FARR, PLLC

By: _s/ Robert Farr_ (P61597)
Attorney for Plaintiff
1050 Shiawassee Circle
Howell, Michigan 48843
(248) 703-0662
rfarr@rfarrlaw.com

March 31, 2015