UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC,

    Plaintiff,

vs                                          Case No: 14-14185
                                                Honorable Victoria A. Roberts

JIMMY LIPHAM,

    Defendant.
_____/

**ORDER LIFTING TEMPORARY STAY**

Pursuant to Plaintiff's Notice That Briefing Will Resume Regarding Defendant's Motion (Doc. #31), the temporary stay is lifted.

    **IT IS ORDERED**.

                                                /s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: April 3, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 3, 2015.

s/Linda Vertriest
Deputy Clerk