**INDEX OF EXHIBITS**

Exhibit A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BGP Articles of Organization

Exhibit B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BGP's copyright registration for Nucore

Exhibit C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Photo of WP2K pinball machine

Exhibit D . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Affidavit of Don Weingarden

Exhibit E . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Affidavit of Charles Hess

Exhibit F . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Pinbox announcement on Pinside.com

Exhibit G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Comcast's response to subpoena

Exhibit H . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DBP's response to subpoena

Exhibit I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . BGP server log

Exhibit J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Nucore copyright notice at startup

Exhibit K . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DBP response to subpoena

Exhibit L . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Info identifying Defendant as pinball enthusiast

Exhibit M . . . . . . . . . . . . . . . . . . . . . . . . . Info identifying Defendant's particular interest in P2K

Exhibit N . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Info identifying Defendant as a software engineer

Exhibit O . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *Choon* case