# INDEX OF AUTHORITIES

U.S. Constitution, 14th . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

U.S. Copyright Act, 17 U.S.C. 101, *et seq* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 10

U.S. Judiciary & Judicial Procedure Act, 28 U.S.C. §1400(a) . . . . . . . . . . . . . . . . . . . . . . . . 14

U.S. Judiciary & Judicial Procedure Act, 28 U.S.C. §1331, 1338, 1367 . . . . . . . . . . . . . *passim*

Michigan's Revised Judicature Act, M.C.L. §600.705 . . . . . . . . . . . . . . . . . . . . . . 5, 12, 14, 15, 16

Michigan's Uniform Trade Secret Act, as amended, M.C.L. 445.1901 . . . . . . . . . . . . . . . . . . . . . 3

Fed.R.Civ.P.12(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 12

E.D.Mich.L.R.7.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Lujan v. National Wildlife Federation*, 497 U.S. 871 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Calder v. Jones*, 465 U.S. 783 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 13

*CompuServe, Inc. v. Patterson*, 89 F.3d 1257 (CA6, 1996) . . . . . . . . . . . . . . . . 4, 5, 6, 8 n.1, 10

*Reynolds v. Int'l Amateur Athletic Federation*, 23 F.3d 1110 (CA6, 1994) . . . . . . . . . . . . . . 6, 12

*Michigan Coalition of Radioactive Material Users, Inc. v. Griepentrog*,
    954 F.2d 1174 (CA6, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 12

*Theunissan v. Matthews*, 935 F.2d 1454 (CA6, 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*LAK, Inc. v. Deer Creek Enterprises*, 885 F.2d 1293 (CA6, 1989),
    (*cert. den'd*, 494 U.S. 1056 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*In-Flight Devices Corp. v. Van Dusen Air, Inc.*, 466 F.2d 220 (CA6, 1972) . . . . . . . . . . . . . . . . 6

*The Sports Authority Michigan, Inc. v. Justballs, Inc.*,
    97 F.Supp.2d 806 (E.D.Mich, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 10

*Audi AG & Volkswagen of America v. D'Amato*,
    341 F.Supp.2d 734 (E.D.Mich., 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 8, 9, 10, 11, 15

*Brink v. Ecologic, Inc.*, 987 F.Supp. (E.D.Mich., 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

(INDEX OF AUTHORITIES, continued)

*Mihalek Corp. v. Michigan*, 595 F.Supp. 903 (E.D.Mich., 1985),
　　*aff'd* 814 F.2d 290 (CA6, 1987) .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Choon's Design, Inc. v. Tristar Products, Inc.*, Case number 14-10848, at *3,
　　(E.D.Mich., May 8, 2014)(Exhibit O hereto) .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Green v. Wilson*, 455 Mich. 342 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12