# Exhibit B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-820-719**

Effective date of registration:
January 31, 2014

---

**Title**
    Title of Work: Nucore

**Completion/Publication**
    Year of Completion: 2009
    Date of 1st Publication: March 17, 2009    Nation of 1st Publication: United States

**Author**

-     Author: Don Weingarden
    Author Created: computer program

    Work made for hire: No
    Citizen of: United States    Domiciled in: United States
    Year Born: 1964

-     Author: Charles Hess
    Author Created: computer program

    Work made for hire: No
    Citizen of: United States    Domiciled in: United States
    Year Born: 1967

-     Author: Steven Ellenoff
    Author Created: computer program

    Work made for hire: No
    Citizen of: United States    Domiciled in: United States
    Year Born: 1971

**Copyright claimant**
    Copyright Claimant: Big Guy's Pinball, LLC
        1097 Miner Run, Rochester, MI, 48306, United States
    Transfer Statement: By written agreement

**Rights and Permissions**

| | |
|---|---|
| Organization Name: | Big Guy's Pinball, LLC |
| Name: | Don Weingarden |
| Email: | dweingarden@att.net |
| Address: | 1097 Miner Run |
| | Rochester, MI 48306 United States |

Telephone: 248-953-1296

**Certification**

Name: Robert Farr
Date: January 31, 2014