# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC

    Plaintiff,

v.

JIMMY LIPHAM,

    Defendant.

Case No. 2:14-CV-14185-VAR-RSW

Honorable VICTORIA A. ROBERTS
    U.S. District Judge, Presiding

Honorable R. STEVEN WHALEN
    U.S. Magistrate Judge, Referral

_____/

| ROBERT A. FARR, PLLC | WILLIAMS HUGHES, PLLC |
|---|---|
| Robert A. Farr (P61597) | Eric C. Grimm (P58990) |
| Attorney for Plaintiff | Attorney for Defendant |
| 1050 Shiawassee Circle | 120 West Apple Avenue, P.O. Box 599 |
| Howell, Michigan 48843 | Muskegon, Michigan 49443-0599 |
| (248) 703-0662 | (231) 728-1111 |
| rfarr@rfarrlaw.com | ecgrimm@williamshugheslaw.com |

_____/

## AFFIDAVIT OF CHARLES HESS

STATE OF MICHIGAN    )
    ) S.S.
KALAMAZOO COUNTY    )

    Charles Hess, being first duly sworn, states under oath the following:

1.    I am an adult resident of Michigan and have personal knowledge of the following facts stated under oath. I am competent to testify and, if called to do so, would testify as summarized herein.

**BACKGROUND FACTS**

2.    I am a co-creator of software titled Nucore, which was developed in collaboration with two other co-creators: Don Weingarden and Steven Ellenoff.

3.    Messrs. Weingarden, Ellenoff and I transferred all of our individual copyright interests in

1

Nucore to Big Guy's Pinball, LLC ("BPG"). BGP is a Michigan-based limited liability company with three members. Messrs. Weingarden, Ellenoff and I formed BGP on September 19, 2007 to distribute Nucore for sale in the public marketplace. We are each equal 1/3-members of BGP.

## FACTS DESCRIBING NUCORE & BGP's BUSINESS MODEL

4. Nucore is software which enables presently standardized and commonplace personal computer hardware to emulate the functions of obsolete, no longer manufactured computer hardware components originally utilized by Williams Electronic Games, Inc. within its "Pinball 2000" pinball machines ("WP2K"). WPB2K pinball machines are hybrids: they combine video graphics (projected downward onto the partially-reflective glass cover of the play field) with traditional all-mechanical play fields where the steel pinball interacts with bumpers, gates, ramps, flippers and other devices. Nucore and its related hardware restore and improve function to the original WP2K pinball machines which otherwise become unusable and valueless when the obsolete components of the now 15-year-old machines inevitably fail.

5. Nucore was first made available for sale to the public on March 17, 2009. It was marketed and made available on optical compact disks ("CD's", which must be physically shipped to a purchaser), or as a digital "ISO-file" for remote download via the internet from BGP's website at "www.bigguyspinball.com". ISO-files are digital versions of the same software code files stored on an optical CD. ISO-files enable software to be transferred electronically rather than requiring that a CD containing the software be physically shipped to the end user. Downloaded ISO-files can then be stored by the user on an optical CD, or can be stored and operated directly on the user's computer using widely available software which emulates the function of physical CD-drive hardware.

6. BGP's website (www.bigguyspinball.com) is registered in Michigan. Exhibit A. The Nucore

ISO-files are downloadable from BGP's website. BGP also operates a tournament server registered in Michigan which allows Nucore/WPB2K players to store and record their pinball scores, and view other Nucore/WPB2K players' high scores, via their internet connections.

7. The Nucore software itself can be downloaded as an ISO-file without charge, but is protected against unauthorized use by a hardware security key (within the Nucore software code) which searches for and detects the proper related hardware and stops Nucore from function if that hardware is absent. Sales are handled in this way as BGP's mechanism for protecting against software theft, to discourage copyright infringement, and for ongoing technical support for legitimate purchasers of Nucore and the related hardware. Those purchasers with authorized hardware compatible with Nucore's security keys may download Nucore as often as necessary - for instance, as a backup to any computer crashes requiring Nucore to be reinstalled, and to be assured they are using the latest upgrades to Nucore as those become available.

### FACTS RELATED TO THE INFRINGEMENT OF NUCORE

8. BGP's website features an access log. The daily activities (such as the date, time, and IP address of visitors) on BGP's website are recorded in that access log. In addition, a "bash history" is created by the visitor's own computer which tracks his typewritten commands, requests and searches: that user's "bash history" during his visit to BGP's site is recorded into Nucore if downloaded by that user.

9. The user's keyboard entries which form the "bash history" created by the user's computer (and recorded into Nucore if downloaded) can be correlated against the BGP site access log to identify steps taken by the user of that copy of Nucore while downloading it via the BGP site.

10. Certain categories of user keyboard entries are anticipated during a legitimate Nucore

download transaction. However, user keyboard entries (tracked by that user's own computer as a "bash history" and transferred to Nucore when downloaded) which are outside of those expected during a routine, legitimate user download can indicate an attempt by that user to obtain access to Nucore programming files which are not necessary to the ordinary use of Nucore and which he is not authorized to access. In colloquial terms, such activity is a "hack" to gain access to operational elements of Nucore that an ordinary end-user is not supposed to have.

11.     On July 6, 2013 at approximately 10:13 p.m., the BGP site access log recorded a download of the Nucore ISO-files by a remote user using the IP address "98.251.52.68" assigned to him by his internet service provider.

12.     On August 1, 2013, a member (identified by the pseudonym "MasterGeek") of the publicly accessible internet pinball enthusiast forum "Pinside.com" posted the following message notifying other members that -

> [w]e are pleased to announce a Nucore alternative - for free nonetheless. Pinbox [the name given to the forgoing "Nucore alternative"] builds off of emulation technology to provide an easy replacement option for Pinball 2000 hardware. *** Feel free to head on over and check out our website and download and try the software for yourself! [link provided to www.PlayPinBox.com]

Exhibit B to this affidavit. The link to the web site www.PlayPinBox.com contained a downloadable ISO-file with the "Pinbox" software.

13.     On August 2, 2013 I downloaded the Pinbox ISO-file from www.PlayPinBox.com to investigate its source. I searched the Pinbox directories and located the "bash history" file that showed the wget requests to the BGP website from the target IP address. One of the user's own keyboard entries was: " **wget http://www.bigguyspinball.com/ISO/nucore_install.iso** "

14. Two characteristics of the this user's keyboard entry are important, as is a third undeniable fact -

(a) First, the "wget" element of that character string is a file transfer command which is not routine during a normal visit to a web site like www.bigguyspinball.com through normal searches and links. It is not the "expected" entry of a legitimate, authorized download of Nucore. In a routine web site visit only a "get" element (automatically generated by the user's web browsing software) works behind the scenes (with existing authorizations established by the web site's creators) to download the portions of a web site intended to be publically visible such as images, graphics, text, clickable links to other sites, and files (and portions thereof) intended by the site's operators to be accessible and downloadable. In contrast, the "wget" element of that string (which still contains a "get" element automatically attached by the user's browser as part of the string) is an entry which must be manually typed in by a user. It is purposefully utilized by a user who knows specifically what he is looking for as a means to narrowly focus *where* that search command is directed to look, and which *specific* ISO-file it is directed to retrieve from that location. A "wget" entry can be used with or without web browsing software.

(b) Second, the "wget" entry (and everything following it) reflects the user's intentional targeting of the Nucore installation ISO-file. Everything that follows the "wget" entry was intentionally targeted by this user via the BGP's site located in Michigan and is outside of any expected entry for an authorized, legitimate end-user download of the Nucore ISO-files necessary for its intended use.

5

    (c)    Third, this "wget" entry was recorded in the bash history within the downloaded Nucore ISO-files, which then became the Pinbox ISO-files released on "www.PlayPinBox.com". The user who made these "wget" entries failed to find and erase this record from the bash history created within Nucore at the time he downloaded it from BGP's site. Presence of the user-generated entry " wget http://www.bigguyspinball.com/ISO/nucore_install.iso " within Pinbox supports that Pinbox is really Nucore, and that the user intentionally sought out and used Nucore's ISO-files to redistribute it as Pinbox.

15.    Having discovered within Pinbox the record of the "wget" entry associated with the Nucore installation ISO-file, I then reexamined the BGP site activity log to see is any "wget" entries may have been recorded, and from where they originated. There were only five instances of the "wget" command recorded by the BGP website activity log.

    (a)    First -

**98.251.52.68** - - [06/Jul/2013:22:13:00 -0400] "GET /**nucore_install.iso** HTTP/1.1" 404 640 **www.bigguyspinball.com "-" "Wget/1.13.4 (linux-gnu)" "-"**

The number string beginning the log entry quoted above ("**98.251.52.68**") is the downloading user's internet protocol ("IP") address, assigned to him by his internet service provider. The second portion of that log entry, appearing in brackets ("[06/Jul/2013:22:13:00 -0400]"), is the date and time stamp of the downloading user's visit to BGP's site. The third portion of that log entry beginning with the GET command ("GET /nucore_install.iso HTTP/1.1" 404 640 www.bigguyspinball.com ") is the routine and expected record of a visitor's presence on the BGP website. However, the fourth portion of that same log entry beginning with the Wget command (**"Wget/1.13.4 (linux-gnu)"**) (bold

6

emphasis added) is the manual search command, purposefully entered by the downloading user, searching for and directing that a particular file ("1.13.4") be downloaded. More important are the exact match between the IP address in the BGP website log and the one recorded in the that there were no other uses of the "wget" command recorded by the BGP server activity log between July 1, 2013 and August 1, 2013 other than this one from IP 98.251.52.68, and the four others in that period summarized below (also from IP 98.251.52.68). Also important is that this user, operating from IP 98.251.52.68, is actively targeting the same "Nucore_install.iso" directory which was recorded in the bash file later released as Pinbox (paragraph 11, above).

    (b) Second -  98.251.52.68 – [06/Jul/2013:22:13:27 -0400] "GET /ISO/**nucore_install.iso** HTTP/1.1" 200 19744768 www.bigguyspinball.com **"-" "Wget/1.13.4 (linux-gnu)" "-"**

This is a repeat of the first instance of the "wget" command (bold emphasis added), but at 10:13:27p.m., a few minutes following the first instance in paragraph 13(a), above. Again, the significance is threefold: (1) whom is performing this purposeful "wget" operation (i.e., the user of IP 98.251.52.68), (2) what is being accessed (i.e., the same "Nucore_install.iso" directory which was recorded in the bash file later released as Pinbox (paragraph 11, above)), and (3) when this "wget" operation was logged (i.e., during the period immediately before release of Pinbox, and when no other "wget" commands were logged by the BGP server access log).

    (c) Third -  **168.28.22.142** - - [06/Jun/2013:09:20:55 -0400] "GET /**roms** HTTP/1.1" 200 448 www.bigguyspinball.com "-" **"Wget/1.13.4 (linux-gnu)"** "-"

This is a repeat of the first and second instances of the "wget" command (bold emphasis added). Again, the significance is threefold: (1) whom is performing the "wget" command (i.e., IP 168.28.22.142), and (2) when this "wget" operation was logged (i.e., the period when no other

7

"wget" commands were logged, and in the lead up to the release of Pinbox), as in the first two instances (paragraphs 13(a) and (b), above). However, his particular instance of the "wget" command is significant two additional ways which differ from the first two instances.

First, the IP address from which the request was made is different: IP 168.28.22.142. This IP is registered to Board of Regents of the *University System of Georgia*. *See* Exhibit C to this affidavit. Mr. Lipham is employed by Georgia Gwinnett College, which is a "unit of the *University System of Georgia*." *See id*. It appears from this information that Mr. Lipham may have searched for and downloaded portions of the files needed for his actions from a computer at his workplace.

Second, in this instance the perpetrator is purposefully targeting ROM's from a specific directory within Nucore. "ROM" is an acronym for "read-only memory". In the context of gaming, ROMs are the digitally-stored images and sound that users see and hear when playing a game. ROMs are what make the Williams Pinball 2000 game "Star Wars - Episode I" look and sound like the movie "Star Wars - Episode I" - they are, quite literally, the "Star Wars - Episode I" movie and music presented in a pinball medium. Those image and music ROMs were licensed by the creators of the Star Wars films to Williams Electronic Games, Inc. for use in WPB2K pinball machines, who in turn licensed those ROMs to Plaintiff BGP for use in Nucore. Those specific ROM files within Nucore also contained sound library ROMs unique to Nucore, as well as additional files necessary to the integration of WPB2K and Nucore. Use of the "wget" command demonstrates that this user was specifically targeting the ROM files within the Nucore ISO-files, without which Pinbox would not be "a Nucore alternative *** [or a viable] replacement option for [Williams] Pinball 2000 hardware" as it was boasted to be. Exhibit A.

  (d)  Fourth -  98.251.52.68 - - [07/Jul/2013:19:24:43 -0400] "GET /ISO/**nucore_install.iso** HTTP/1.1" 200 19744768 www.bigguyspinball.com "-" **"Wget/1.14 (linux-gnu)" "-"**

This instance of the "wget" command occurs on July 7, 2013 at 7:24:43p.m. Significantly, it again originates from IP 98.251.52.68 as in all previous instances. Like the first two instances the user is targeting the same "Nucore_install.iso" directory which was recorded in bash file later released within Pinbox (paragraph 11, above)), and this "wget" operation was logged during the period immediately before release of Pinbox, and when no other "wget" commands were logged by the BGP server access log. How this instance differs, and what it demonstrates at a minimum, is that this particular user's searches are persistent and narrowly targeted leading right up to the time that Pinbox was released.

  Nucore is based on an older version of an operating system called LINUX than is currently available in its most recent iteration. LINUX is not always "backward compatible" with older versions. The perpetrator originally used the "wget" command to manually search for a Nucore_install.iso file which was compatible with an intermediate version of LINUX (i.e., **"Wget/1.13.4 (linux-gnu)"** in the first three instances of "wget"-based commands). When that search failed to produce a functioning Pinbox the perpetrator returned the next day and used the "wget" command to manually search for a Nucore_install.iso file which was compatible with a newer version of LINUX (i.e., **"Wget/1.14 (linux-gnu)"** in this instance). The difference is version "1.13.4" (intermediate) and "1.14" (newer). He has yet to discover he is going the wrong direction, but this use of the "wget" command demonstrates that this same perpetrator is diligent and methodical in his repeated attempts over several days breathe life into Pinbox as a functioning, albeit disguised, analog to Nucore.

9

    (e)    Fifth -    98.251.52.68 - - [07/Jul/2013:20:32:26 -0400] "GET /ISO/**nucore_install.iso** HTTP/1.0" 200 19744768 www.bigguyspinball.com "-" "**Wget/1.12 (linux-gnu)**" "-"

This instance of the "wget" command occurs on July 7, 2013 at 8:32:26p.m., just an hour later than the fourth instance (paragraph 13(d), above) where he is searching for an effective version of LINUX to use with the Nucore_install.iso file downloaded from BGP's web site. This instance has the same significant points as the fourth. It demonstrates that, having spent the last hour failing to get Nucore to operate as Pinbox with newer "1.14" version of LINUX, he returns to BGP's site and uses the "wget" command to manually search the Nucore_install.iso directory for a file which instead be compatible with an *older* version of LINUX (i.e., "**Wget/1.12 (linux-gnu)**" in this instance). The difference this time is version "1.14" (newer) vs. version "1.12" (even older than the intermediate "1.13.4" initially tried). This was ultimately a move in the right direction, again demonstrating that this same perpetrator remained diligent and methodical, returning to BGP's Michigan-based server several times over several days to find the solutions, from within Nucore, needed to make Pinbox function.

16. There is a sixth instance of a visit to BGP's website by the user operating from IP 98.251.52.68. Although it does not involve the use of the "wget" command, it remains significant for other elements linking Pinbox to Nucore. On July 5, 2013 at 6:23:56 p.m., BGP's server activity log recorded the following activity -

    Sixth -    98.251.52.68 - - [05/Jul/2013:18:23:56 -0400] "GET /release/**nts.tar.gz** HTTP/1.1" 404 640 **www.bigguyspinball.com** "-" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_8_4) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/27.0.1453.116 Safari/537.36" "-"

The significance of this record begins with the fact that (a) it is from the same user (i.e., IP 98.251.52.68), on (b) the day before the same perpetrator began his campaign of "wget" commands to hack the Nucore ISO-files. Uniquely significant to this record is the bolded text: the file "**nts.tar.gz**". The acronym "nts" stands for Network Tournament Server. The BGP server included a service where Nucore users could compete against each other in real time. When the distributor of Pinbox announced its availability as "a Nucore alternative - for free nonetheless", he also noted highlighted that Pinbox's

> Features Include: streamlined easy Installation, **working tournament server**, web-based graphical configuration of the system, [a] **jukebox** with network sharing options to scan your network shares for music to play, enhanced graphics rendering pipeline, support for both ArcadeVGA and LCD monitor setups and MORE.
>
> Feel free to head on over and check out our website and download and try the software for yourself! [link provided to www.PlayPinBox.com]

Exhibit A (Pinbox announcement on PinSide forum, bold emphasis added). Thus, the website PlayPinBox.com was purposefully targeting Nucore with a competing product called Pinbox, using the same tournament server and jukebox features available in Nucore, immediately after having accessed BGP's Nucore tournament server files.

17.  Further affiant saeth not.

_____
Charles Hess, Member - Big Guy's Pinball, LLC
April 14, 2015

Sworn to and subscribed before me on this
14th day of April, 2015

_____
Notary Public, Kalamazoo County, MI
My commission expires: 12-10-2021

SUSAN K MARTIN
Notary Public - Michigan
Kalamazoo County
My Commission Expires Dec 10, 2021
Acting in the County of Kalamazoo

11

Affidavit Exhibit A

Domain Name: bigguyspinball.com
Registry Domain ID:
Registrar WHOIS Server: whois.1and1.com
Registrar URL: http://1and1.com
Updated Date: 2014-10-31T09:07:09Z
Creation Date: 2008-03-14T00:17:18Z
Registrar Registration Expiration Date: 2016-03-14T00:17:18Z
Registrar: 1&1 Internet AG
Registrar IANA ID: 83
Registrar Abuse Contact Email: abuse@1and1.com
Registrar Abuse Contact Phone: +1.8774612631
Reseller:
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Chuck Hess
Registrant Organization:
Registrant Street: [Redacted - Robert Farr, Attorney for Plaintiffs]
Registrant City: [Redacted - Robert Farr, Attorney for Plaintiffs]
Registrant State/Province: MI
Registrant Postal Code: [Redacted - Robert Farr, Attorney for Plaintiffs]
Registrant Country: US
Registrant Phone: [Redacted - Robert Farr, Attorney for Plaintiffs]
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: [Redacted - Robert Farr, Attorney for Plaintiffs]
Registry Admin ID:
Admin Name: Chuck Hess
Admin Organization:
Admin Street: [Redacted - Robert Farr, Attorney for Plaintiffs]
Admin City: [Redacted - Robert Farr, Attorney for Plaintiffs]
Admin State/Province: MI
Admin Postal Code: [Redacted - Robert Farr, Attorney for Plaintiffs]
Admin Country: US
Admin Phone: [Redacted - Robert Farr, Attorney for Plaintiffs]
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: [Redacted - Robert Farr, Attorney for Plaintiffs]

Affidavit Exhibit B



Affidavit Exhibit C

| IP Address | Country | Region | City | ISP |
|---|---|---|---|---|
| 168.28.22.142 | United States | Georgia | Lawrenceville | Board Of Regents Of The University System Of Georgia |

**1000 University Center Lane, Lawrenceville, GA 30043** | 678.407.5000
A bachelor degree-granting unit of the University System of Georgia.
**Ethics and Compliance Reporting Hotline**
© 2015 Georgia Gwinnett College



# Meet Our Faculty and Staff

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

First Name
Last Name: Lipham

Area: [select]
Discipline: [select]

Search



Mr. Jimmy Lipham
**Director of Software Development**
A-1071
jlipham@ggc.edu
470.235.9466 (Cell)