# Exhibit M

**Jimmy Lipham's particular interest in Pinball 2000 development**

1. Presentation at the "Southern Fried Gameroom Expo" about creating custom pinball and arcade games:

    https://www.youtube.com/watch?v=oK9bBO41NJ8&app=desktop

    Mr. Lipham's discussion of Pinball-2000 interests can be found at:

    | 0:13:30 - 0:20:50 | Mr. Lipham discussing his development of Pinball 2000-like features for a Demolition Man pinball game, which was never released as a Williams Pinball-2000 unit |
    |---|---|
    | 0:29:30 - 0:31:00 | Mr. Lipham discussing future projects, including a "Wizard Blocks" game in Pinball-2000 format.  Wizard Blocks was the third Williams Pinball-2000 game under development but never released.  Mr. Lipham notes during this portion of the discussion that he does not intend to "reinvent the wheel" with respect to the software driving Wizard Blocks |

2. Mr. Lipham's correspondence with an admirer of his work on the Demolition Man 2000 concept, noting that he developed the program making the Pinball 2000-like features possible (attached with this Exhibit).

[g+1] 0    More    Next Blog»                    Create Blog    Sign In



Tuesday, September 4, 2012

## Pin-2000 for a demolition man

This is the coolest mod I've seen in a long time. This guy threw a P-roc system in his machine, wrote up some code, mounted a 26" LCD above the backbox, and turned it into what I believe is the first wide-body P2k machine. Even though it's early code, he's got objects that are breakable, and some neat pop-up menus (not to mention a great scoring system). I can't wait to see what he does with it:
http://pinside.com/pinball/forum/topic/dm-p2k-concept#post-391920



Posted by joe at 8:03 PM

[g+1] Recommend this on Google

### 1 comment:

 **Jimmy Lipham** February 1, 2013 at 11:10 AM

Hey Joe,

**Followers**

Join this site
with Google Friend Connect

**Members (8)**




Already a member? Sign in

**Blog Archive**

► 2015 (24)
► 2014 (54)
► 2013 (10)
▼ 2012 (18)
  ► December (1)
  ► November (1)
  ▼ September (4)
     Picked up a black knight today
     door actuator pin - starting the design
     New direction for homebrew pinball
     Pin-2000 for a demolition man
► August (2)
► June (2)

==I'm the author of that software. Many thanks for the post! I'm running a mile a minute, but hey, it should be playable at a local show in April! I love what you've done with your project as well!==

==-- Jimmy==

Reply

Enter your comment...

Comment as: Select profile...

Publish   Preview

Newer Post    Home    Older Post

Subscribe to: Post Comments (Atom)

- May (1)
- April (2)
- March (2)
- February (2)
- January (1)
- 2011 (33)
- 2010 (7)

**About Me**



joe
Illinois pinball club President

View my complete profile

Awesome Inc. template. Powered by Blogger.