Exhibit N



# Meet Our Faculty and Staff

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

First Name  
[          ]

Last Name  
[Lipham    ]

Area  
[select] ⌄

Discipline  
[select] ⌄

[ Search ]



Mr. Jimmy Lipham  
**Director of Software Development**  
A-1071  
jlipham@ggc.edu  
470.235.9466 (Cell)

# GitHub

Search GitHub    Explore  Features  Enterprise  Blog    Sign up  Sign in



## Jimmy Lipham
**Compy**

- Atlanta, GA
- compy@undernet.org
- http://www.undernet.org/
- Joined on Jun 9, 2009

| 14 | 6 | 18 |
|---|---|---|
| Followers | Starred | Following |

**Contributions**  **Repositories**  **Public activity**    Follow

### Popular repositories

| | | |
|---|---|---|
| meteor-mobile-desktop | 15 ★ | Sample showing how to break down a Meteor... |
| TAF | 7 ★ | Raspberry Pi Pinball Example |
| OpenScore | 3 ★ | An open platform bowling scorer system base... |
| buildingterry | 1 ★ | Building Terry mobile application for MIT progr... |
| accounts-entry | 0 ★ | Meteor sign up and sign in pages |

### Repositories contributed to

| | | |
|---|---|---|
| Differential/accounts-entry | 237 ★ | Meteor sign up and sign in pages |
| mondora/asteroid | 268 ★ | An alternative client for a Meteor backend |
| meteor/meteor | 24,246 ★ | Meteor, an ultra-simple, database-everywhere... |

### Public contributions

Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan  Feb  Mar

Summary of Pull Requests, issues opened, and commits. Learn more.    Less  More

| Contributions in the last year | Longest streak | Current streak |
|---|---|---|
| **7 total** | **1 day** | **0 days** |
| Apr 16, 2014 – Apr 16, 2015 | September 16 – September 16 | Last contributed 7 days ago |

### Contribution activity

Period: 1 week ▼

— ① 1 issue reported —

Closed    #53 Status indicator on subscription download 6 days ago

© 2015 GitHub, Inc.   Terms  Privacy  Security  Contact       Status  API  Training  Shop  Blog  About

# GitHub

Search GitHub | Explore Features Enterprise Blog | Sign up | Sign in

**Jimmy Lipham**
Compy

- Atlanta, GA
- compy@undernet.org
- http://www.undernet.org/
- Joined on Jun 9, 2009

**14** Followers   **6** Starred   **18** Following

Contributions | Repositories | Public activity | Follow

Find a repository... | Search | All Sources Forks Mirrors

---

**meteor-mobile-desktop**   JavaScript ★ 15  ⑂ 0
Sample showing how to break down a Meteor app into packages targeting both mobile and desktop experiences
Updated on Jan 11

---

**accounts-entry**   CoffeeScript ★ 0  ⑂ 178
forked from Differential/accounts-entry
Meteor sign up and sign in pages
Updated on Jan 4

---

**phonertc**   JavaScript ★ 0  ⑂ 122
forked from alongubkin/phonertc
WebRTC for Cordova apps
Updated on Nov 30 2014

---

**nanopool**   Java ★ 0  ⑂ 2
forked from chrisvest/nanopool
Lightweight and fast JDBC connection pool -- DISCONTINUED
Updated on Sep 22 2014

---

**dependon-maven-example**   Java ★ 0  ⑂ 2
forked from 4911Mana/project
Updated on Sep 22 2014

---

**lift-blog**   JavaScript ★ 0  ⑂ 9
forked from lkuczera/lift-blog
Blogging app written in Scala with Lift webframework
Updated on Sep 22 2014

---

**buildingterry**   JavaScript ★ 1  ⑂ 0
Building Terry mobile application for MIT program project at UGA.
Updated on Apr 8 2014

---

**angular-phonegap**   JavaScript ★ 0  ⑂ 27
forked from mstaessen/angular-phonegap

Source repository for a collection of AngularJS wrappers for Cordova/PhoneGap API's

Updated on Jan 25 2014

### mod.chanfix
C++ ★ 0 ⑂ 2

⑂ forked from evilnet/mod.chanfix

mod.chanfix for GNUWorld IRC Services

Updated on Dec 18 2013

### edloop
Arduino ★ 0 ⑂ 1

⑂ forked from stirfoo/edloop

Programmable True Bypass Guitar Effects Looper

Updated on Oct 20 2013

### pyprocgame
Python ★ 0 ⑂ 11

⑂ forked from preble/pyprocgame

A Python-based pinball software development framework for use with P-ROC.

Updated on Nov 15 2012

### libpinproc
C++ ★ 0 ⑂ 5

⑂ forked from preble/libpinproc

C API for the P-ROC pinball controller board.

Updated on Nov 8 2012

### OpenScore
Python ★ 3 ⑂ 1

An open platform bowling scorer system based on commodity hardware for small scale bowling alleys

Updated on Aug 15 2012

### NetProcGame
C# ★ 0 ⑂ 1

.NET version of the pyprocgame framework for the P-ROC

Updated on Aug 7 2012

### TAF
★ 7 ⑂ 1

Raspberry Pi Pinball Example

Updated on Jul 15 2012

### Undernet-IRCU
C ★ 0 ⑂ 1

A fork of Undernet's IRCU for custom modifications

Updated on Jul 2 2012

**Minix**                                                                  C  ★0  ⑂0

Minix Core Modifications

Updated on Oct 18 2009

---

**cosmo**                                                                  Java  ★0  ⑂3

⑃ forked from travis/cosmo

Travis Vachon's clone of the Cosmo Subversion tree

Updated on Aug 5 2008

© 2015 GitHub, Inc.   Terms   Privacy   Security   Contact                    Status   API   Training   Shop   Blog   About