UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Big Guy's Pinball, LLC,

    Plaintiff,

vs                                                   Case No: 14-14185
                                                      Honorable Victoria A. Roberts

Jimmy Lipham,

    Defendant.

_____/

## ORDER

On Wednesday, August 5, 2015, the Court held a telephone conference. Attending were Robert Farr representing Big Guy's Pinball ("BGP") and Eric Grimm representing Mr. Lipham.

Based on the discussion, the Court orders:

1.     BGP may not file a motion to strike answer or affirmative defenses at this juncture; the Court will revisit later.

2.     Mr. Lipham is ordered to obtain proper documentation from Software Freedom Conservancy that supports its copyright in QEMU.  Mr. Lipham will report in writing to Mr. Farr and the Court by August 21, 2015, with the supporting documentation.  The report to the Court will also outline Software Freedom Conservancy's interest in intervening in this claim if it is the copyright holder.  The plan of the Court would be for Software Freedom Conservancy and its counsel, and the parties and counsel in this case, to discuss the possibility of resolving this case before there is any intervention.

3. The Court will hold a status conference on Monday, August 31, 2015 at 9:30 am. The Court will initiate the call.

IT IS ORDERED.

                /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: August 5, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 5, 2015.

s/Linda Vertriest
Deputy Clerk