UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL,

    Plaintiff,

vs                                                      Case No: 14-14185
                                                      Honorable Victoria A. Roberts

JIMMY LIPHAM,

    Defendant.
_____/

## ORDER

On August 31, 2015, the Court held a Status Conference. Attending were Robert Farr representing the Plaintiff and Eric Grimm representing the Defendant.

Based on the discussion held:

1. Plaintiff's Motion to Strike Affirmative Defense of Third Party Beneficiary must be filed by September 30, 2015.

2. The Court will hold a status conference on October 6, 2015 at 4:30 pm to discuss Plaintiff's motion and set a briefing schedule. The Court will initiate the call.

**IT IS ORDERED**.

                                                  /s/ Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: September 8, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 8, 2015.

s/Linda Vertriest
Deputy Clerk