UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG GUY'S PINBALL, LLC

        Plaintiff,

v.

JIMMY LIPHAM,

        Defendant.

Case No. 2:14-CV-14185-VAR-RSW

Honorable VICTORIA A. ROBERTS
U.S. District Judge, Presiding

Honorable R. STEVEN WHALEN
U.S. Magistrate Judge, Referral

_____/

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the parties' stipulation and Fed.R.Civ.P.41(a)(1)(A)(ii), this matter is dismissed with prejudice and without an award by this Court of costs, attorney's fees, and/or other remedies not already covered by the parties' settlement agreement.

Date: December 22, 2015

S/Victoria A. Roberts
Honorable VICTORIA A. ROBERTS
U.S. District Judge, Presiding

## STIPULATION

The parties, by their counsel of record, stipulate to the content and form of this order, and to its entry by the Court.

| Counsel for Plaintiff BGP, LLC: | Counsel for Defendant Mr. Jimmy Lipham: |
|---|---|
| Robert A. Farr, PLLC | Eric C. Grimm, PLLC |
| By: _s/ Robert Farr_   (P61597) | By: _s/ Eric C. Grimm_   (P58990) * |
| December 8, 2015 | December 8, 2015 |

\*    By Robert Farr (P61597) pursuant to the parties' settlement agreement and with Mr. Grimm's permission for the limited purpose of submitting this proposal via the Court's CM/ECF system.